# Proceeding Minutes / Proceeding Memo

**Case #:** 19-06038    **Case Name:** Lentz v. National Debt Relief, LLC

**Set:** 11/05/2020 09:00 am    **Chapter:**    **Type:** ap    **Judge:** Katharine M. Samson

**matter** Motion to Reconsider (related documents 37 Opinion) (or Alter and Amend) Filed by Defendant National Debt Relief, LLC (Dkt. #39)

Memorandum in Support of Motion to Reconsider or Alter and Amend filed by National Debt Relief, LLC (Dkt. #40)

Response filed by the Plaintiff (Dkt. #42)

Rebuttal Memorandum filed by National Debt Relief, LLC (Dkt. #43)

---

Minute Entry Re: (related document(s): [39] Motion to Reconsider filed by National Debt Relief, LLC) Appearances: Jason Graeber, Mark H. Tyson. Hearing was held. Matter is taken under advisement. (cevans)