IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **GARY D. WALLS & LAURA C. WALLS,** | **CASE NO. 19-51191-KMS** |
| Debtors. | **CHAPTER 7** |
| | |
| **KIMBERLY R. LENTZ, as Chapter 7 Trustee for** | |
| **The Bankruptcy Estate of Gary D. Walls** | |
| **& Laura C. Walls, Debtors** | **PLAINTIFF** |
| | |
| **V.** | **ADV. PROC. NO. 19-06038-KMS** |
| | |
| **NATIONAL DEBT RELIEF, LLC** | **DEFENDANT** |

## DECLARATION

BRENT HAMPTON, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am General Counsel of Global Holdings, LLC ("Global"), formerly known as Global Client Solutions, LLC. Based upon my responsibilities and position, including regularly providing research and support assistance for claims and litigation, I have personal knowledge of and am competent to testify on the matters set forth herein.

2. Global administers dedicated program accounts for consumers who are customers of debt settlement service providers and law firms that provide legal representation and require similar accounts for their clients. Global provides dedicated, FDIC-insured accounts for consumers into which they deposit funds that are subsequently disbursed in accordance with their debt settlement plans and legal

44316930 v2                                EXHIBIT B

services agreements. Subject to authorized disbursements, consumers maintain ownership and control over their dedicated accounts. The accounts receive FDIC-insurance similar to bank issued savings accounts. These accounts are used to pay consumer debts and program fees, and also pay out to third party service providers subject to consumer account-holder instruction.

3. Global established a dedicated account, no. ******1184 ("Account 1184"), on or about December 5, 2018, for Laura Walls ("Walls"). Account 1184 was governed by a Dedicated Account Agreement and Application ("DAAA"). A true and correct copy of the DAAA is attached hereto as Exhibit "A."

4. The fees paid to the Law Offices of Robert S. Gitmeid & Associates, PLLC ("Gitmeid") were also paid through Account 1184.

5. A true and correct copy of the account history for Account 1184 is attached hereto and incorporated herein as Exhibit "B."

6. The following disbursements were made by Global to Gitmeid from Account 1184:

| Post Date | Description | Type | Amount | Running Balance |
|---|---|---|---|---|
| 1/3/2019 | GLS (optional) – Call 888-660-7427 help/questions - 12/28/18 | Customer Fee | ($1.55) | $166.10 |
| 1/3/2019 | GLS (optional) – Call 888-660-7427 help/questions - 01/01/19 | Customer Fee | ($12.00) | $154.10 |
| 2/1/2019 | GLS (optional) – Call 888-660-7427 help/questions - 02/01/19 | Customer Fee | ($12.00) | $505.25 |
| 3/4/2019 | GLS (optional) – Call 888-660-7427 help/questions - 03/01/19 | Customer Fee | ($12.00) | $856.40 |
| 4/2/2019 | GLS (optional) – Call 888-660-7427 help/questions - 04/01/19 | Customer Fee | ($12.00) | $1,207.55 |
| 5/2/2019 | GLS (optional) – Call 888-660-7427 help/questions - 05/01/19 | Customer Fee | ($12.00) | $1,558.70 |
| 6/3/2019 | GLS (optional) – Call 888-660-7427 help/questions - 06/01/19 | Customer Fee | ($12.00) | $1,909.85 |

The total disbursements to Gitmeid from Account 1184 were $73.55.

7.  Pursuant to the DAAA, Global received a onetime account set-up fee of $9.00 for Account 1184.  Pursuant to the DAAA, Global also received monthly service charges in the amount of $9.85, during January, February, March, April, May and June 2019.  The total disbursements to Global from Account 1184 were $68.10.

8.  Global issued an ACH for the return of the balance in Account 1184 to Debtor on June 25, 2019, in the amount of $2,282.85. A true and correct copy of the proof of that ACH refund is attached hereto as Exhibit "C."

9.  No disbursements were made by Global to National Debt Relief, LLC ("NDR") from Account 1184.

10. I declare under penalty of perjury that the foregoing is true and correct. Executed on the _29_ day of October 2020.

_____
BRENT HAMPTON



# DEDICATED ACCOUNT AGREEMENT AND APPLICATION

**I.    This Dedicated Account Agreement and Application ("Agreement")** contains the terms, conditions, and disclosures that apply to your dedicated account ("Account"). By signing this Agreement or using your Account, you agree that this Agreement shall apply; and you agree to abide by all of the terms and conditions set forth herein, including the "**ARBITRATION OF DISPUTE**" provision in paragraph XVIII on page 2 of this Agreement, which requires you to arbitrate any dispute with Global. If you have any questions that you do not believe are addressed in this Agreement, you can and should call, email, or write Global Client Solutions, LLC ("Global") at the number or addresses shown at the end of this Agreement. Please review this Agreement carefully and keep it with your other important records. In this Agreement, the words, "I", "me", "mine", "my", "you" and "your" mean you and any other party who you authorize to use your Account.

**II.    Purpose, Nature and Use of the Account:** Your Account is a dedicated account that you can use in connection with the debt settlement program you have undertaken. Global is not a party to your debt settlement program and does not participate in the negotiation of your debts. In general, you will be making periodic deposits to your Account from your primary bank account, and you will be periodically disbursing funds from your Account to repay your debts and the costs associated with your Account and your debt settlement program. Your Account is a Federal Deposit Insurance Corporation ("FDIC") insured sub-account within a master custodial account maintained at a bank designated or selected by Global. Additionally, you authorize Global to transfer your Account to another FDIC insured institution under the existing terms. Global will provide written notice to you of such change. Any such notice, and any other written notice that is provided for in this Agreement, will be sent to you at either the physical address you have provided in the application portion of this Agreement and/or the email address you establish with Global. If an email address is not provided to Global, all notices that are provided for in this Agreement will be sent to you at the physical address you have provided in the application portion of this Agreement. Your Account may not be used for any illegal purpose.

**III.    Passcodes / Passwords:** You will be provided with a four-digit passcode (your "Passcode") that will enable you to access your Account via the telephone and to identify yourself when contacting a customer support representative. You will also be provided with an initial Internet password (your "Password") that will enable you to access your Account via the Internet. You may change your Password at any time for security purposes and you are encouraged to do so from time to time. You are responsible for the protection and use of your Passcode and Password. Do not disclose your Passcode or Password to anyone who does not have your permission to access your Account.

**IV.    Telephonic / Electronic Communications:** You authorize Global to accept and act upon any instruction received from you or authorized by you under this Agreement concerning your Account, where you have communicated that instruction or authorization by telephone, facsimile, email or other electronic means using a telephone keypad or computer. Use of your Passcode, Password or any other form of identification designated by you in any transaction constitutes and will be accepted as your electronic signature, as that term is used in the federal Electronic Signatures in Global and National Commerce Act and other applicable laws.

**V.    Authorizing and Initiating Transactions:** In this Agreement you authorize certain transactions involving your Account. Unless you direct otherwise in writing, Global may also act upon those instructions that you have conveyed to your Sponsor, as defined in the application portion of this Agreement, and such instructions may be acted on without further confirmation. From time to time, you may change those instructions and/or give other instructions to initiate deposits to or disbursements from your Account by contacting Global's Customer Support. In any event, you must always provide a reasonable period of time to act upon your instructions. All deposits to your Account will be authorized and initiated pursuant to your instructions, and all disbursements from your Account will be authorized and initiated pursuant to your instructions and provided it contains sufficient funds to cover the amount of the disbursement. However, neither Global, nor any service provider to Global shall be responsible for determining when a payment is actually due, nor shall they be responsible for determining whether a payment is for the correct amount or otherwise proper.

Global's sole obligation in this regard will be to execute your payment instructions in a commercially reasonable manner as soon as practical after receipt of such instructions. Global shall not be responsible for any late payment fee, penalty or other charge levied by any of your creditors, for any failure of any of your creditors to accept a proposal for settlement or honor a settlement; or for any other adverse action taken by your creditor or any other party. Global shall not be liable for any consequences or damages you may claim resulting from Global acting on your instructions.

**VI.    Fees and Charges:** The "SCHEDULE OF FEES AND CHARGES" identifies the fees and charges you are obligated to pay Global in connection with this Agreement and your Account; and you agree that these fees and charges may be deducted directly from your Account. The fees and charges in the "SCHEDULE OF FEES AND CHARGES" are the only fees associated with Global's services and your Account. The Monthly Service Charge for the first month in which your Account is established will not be prorated and will be deemed earned in full as of the day the Account is established, e.g., if your Account is established on the 15th day of a month, the Monthly Service Charge for such month shall be earned as of that day. Thereafter, the Monthly Service Charge will be deemed earned in full on the first day of each calendar month during which your Account remains open. Other fees will be deemed earned at the time of the transaction or the event that gives rise to the fee. You expressly acknowledge that Global may increase the fees and charges associated with your Account at any time, and that you will be provided with written notice at least thirty (30) days' prior to such increase. Global shall not be responsible for any other fees and/or charges that you may incur in association with your debt settlement program.

**VII.    Termination of Agreement / Account Closure:** You may terminate this Agreement and close your Account at any time by sending a written notice to Global's Customer Support. The written notice must provide Global with the following information:

1. Your full name and current address;
2. Your Account number;
3. The date of the request; and
4. Your request to close your Account.

Please provide Global with sufficient time to process the request. In addition, Global may suspend, cancel or terminate this Agreement and your Account at any time without notice for inactivity, or if your Program has been terminated or is no longer being managed, if your Account is improperly maintained or used, or if you otherwise violate any provision of this Agreement. If this Agreement is terminated for any reason, the collected balance in your Account will be sent to you by check within a reasonable period of time.

**VIII.    Monthly Statements:** You will receive your first monthly statement by mail showing your Account activity and balance by mail. Thereafter, monthly statements will be available online, and may be accessed using your login information and Password. Should you desire to continue receiving a paper statement via the United States Postal Service, please contact Global's Customer Support and make a request to receive mailed paper statements. You may obtain balance and transaction information by using your Passcode to access your Account over the telephone, by using your Password to log into Global's website, or by calling Global's Customer Support. You agree to review your statement carefully and to report any erroneous, improper or unauthorized transactions promptly.

**IX.    Non-Interest Account:** Your Account is a non-interest bearing Account.

**X.    Unauthorized Transactions and Customer Responsibility:** You should never share your Passcode or Password(s) with anyone and should keep your Account information and papers in a secure place. If you believe someone has transferred or may transfer money from your Account without your permission, contact Global's Customer Support immediately.



XI. **FDIC Insurance:** Funds in your Account will be insured up to a maximum of $250,000.00. The insured amount may increase or decrease and is subject to limits set and reset by the FDIC from time to time.

XII. **Incomplete Transactions:** Neither Global nor any service provider to Global shall be liable for failing to complete a transaction due to insufficient funds in your Account; or if circumstances beyond their control prevent the completion of the transaction, including, without limitation, the acts or omissions of any ACH, check or other processor, the National Automated Clearing House Association, the Federal Reserve System, any bank, or the directive of any regulatory authority.

XIII. **Error Resolution Procedures:** In the event of potential errors or questions concerning specific transactions involving your Account, you must call or write Global's Customer Support no later than sixty (60) days after the transaction in question appears on your monthly statement. Furthermore, at the very minimum you must provide Global with the following information:

1. Your full name and Account number;
2. The date and amount of the transaction;
3. The type of transaction and a description of the suspected error (please explain as clearly as possible why you believe there is an error or why you need additional information); and
4. The dollar amount of the suspected error.

If the information was provided over the phone, you may be asked and required to provide it again in writing within ten (10) business days. Global will inform you of the results of the investigation of the suspected error within ten (10) business days after you submit the information and any error will be promptly corrected. However, if Global requires more time to investigate the suspected error, it may take up to an additional thirty (30) days to complete the investigation. If Global determines that there is no error, you will be provided with a written explanation within three (3) business days of such determination; and you may ask for and receive copies of the documents used in making any such determination.

XIV. **Creditor Disputes:** *You understand and agree that Global is not a party to your debt settlement program, and does not participate in the negotiation of your debts.* This Agreement is separate and independent from any contractual obligations you may have with your creditors or debt settlement provider. Accordingly, *you hereby expressly acknowledge that Global does not have any involvement in or responsibilities of any nature with respect to your contractual agreement with your debt settlement provider, your debt settlement program or the results that you may or may not achieve from your participation in a debt settlement program.* Furthermore, you hereby expressly acknowledge that any representation, statement, or obligation made by your debt settlement provider or in connection with your debt settlement program does not and cannot bind Global. Finally, you expressly acknowledge that Global shall not be liable for any actions taken by your debt settlement provider in connection with your debt settlement program.

XV. **Garnishment Acknowledgement:** In the event that a creditor of yours moves to garnish funds in your Account, *you expressly acknowledge that Global will answer the garnishment and comply with any writ issued by the Court in accordance with the applicable state law. Furthermore, you expressly acknowledge that Global will not be responsible for challenging or raising a defense to the garnishment on your behalf.* You specifically agree to indemnify and hold Global harmless from any loss, liability, obligation, damage, cost and expense resulting from a creditor's attempt to garnish and/or hold Global liable for any judgment against you.

XVI. **Governing Law:** This Agreement shall be governed by the laws of the state where you reside, except that the state's rules or statutes governing arbitration procedures shall not apply. If any part of this Agreement is declared void or unenforceable, such provision(s) shall be deemed severed from this Agreement, and the remainder of this Agreement shall remain in full force and effect. This Agreement may be modified to the extent necessary to give such force and effect to the remaining provisions. No delay or forbearance in the strict observance or performance of any provision of this Agreement, nor any failure to exercise a right or remedy hereunder, shall be construed as a waiver of such performance, right, or remedy, as the case may be.

shall Global ever be liable for any special, incidental, consequential, exemplary or punitive damages. Moreover, under no circumstances shall Global ever be liable for the conduct or contractual obligations of a third party, including, but not limited to, the debt settlement provider.

XVIII. **ARBITRATION OF DISPUTE – IMPORTANT NOTICE AFFECTING YOUR RIGHTS:** In the event of any controversy between the parties, including, but not limited to, any claim, dispute, suit, demand, cross claim, counterclaim, or third party complaint (whether statutory, in tort, or otherwise) arising out of or relating to this Agreement or its performance, breach, termination, enforcement, interpretation or validity, including the validity, scope or applicability of this provision to arbitrate, shall be determined by binding arbitration. This arbitration provision is governed by the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1 *et seq.* and not by any state rule or statute governing arbitration. Arbitration under this provision shall be conducted in either the county in which the consumer resides or the closest metropolitan county. **THE PARTIES AGREE THAT ARBITRATION SHALL BE BEFORE A SINGLE ARBITRATOR ON AN INDIVIDUAL BASIS AND NOT AS A CLASS OR MASS ACTION. FURTHERMORE, THE PARTIES AGREE THAT THE ARBITRATOR MAY NOT CONSOLIDATE PROCEEDINGS OF MORE THAN ONE PERSON'S CLAIMS.** The Arbitration shall be administered by the Judicial Arbitration Mediation Services ("JAMS"), 1920 Main Street, Suite 300, Irvine, CA 92614 (www.jamsadr.com), the American Arbitration Association ("AAA"), 335 Madison Ave., Floor 10, New York, NY 10017-4605 (www.adr.org), or another nationally known consumer arbitration service on which the parties shall agree. Arbitration shall be administered according to the arbitration service's fee schedule and the service's current applicable rules and procedures *except: 1) that the parties expressly waive the applicability of any rule governing class or mass action; and 2) that the parties agree that any specific arbitration procedure provided for herein shall apply to the arbitration proceeding.* The arbitrator shall be neutral and independent and shall comply with the selected arbitration service's code of ethics. Additionally, the arbitrator shall be guided by and apply the *Federal Rules of Evidence and "governing substantive" law.* The arbitrator's award shall be final and binding on all parties. Judgment on the arbitration award may be entered in any court having jurisdiction over the parties. If a party fails to comply with the arbitrator's award, the other party may petition a court having jurisdiction to enforce the award. The parties shall bear their own attorneys' fees unless such fees are expressly provided for by applicable law. If the arbitrator determines that reasonable attorneys' fees are to be awarded under applicable law, the parties agree that the arbitrator will also determine the amount under the award for attorneys' fees. In the event a party fails to proceed with arbitration, fails to comply with the arbitrator's award or unsuccessfully challenges the arbitrator's award, the other party is entitled to any costs and expenses incurred, including a reasonable attorneys' fee for having to compel arbitration or defend or enforce the award.

*Binding Arbitration means: (1) that both parties give up the right to a trial by a judge or jury; (2) that both parties give up the right to appeal from the arbitrator's ruling except for a narrow range of appealable issues expressly provided for in 9 U.S.C. § 16; and (3) that discovery may be severely limited by the arbitrator, and should the arbitrator decide to allow full discovery, the arbitrator may not exceed discovery limitations set forth by the Federal Rules of Civil Procedure.*

*I acknowledge that I have read and agree to abide by the terms of the arbitration provision set forth above.*

SIGNATURE: *laura walls*
laura walls (Dec 5, 2018)

XIX. **USA Patriot Act Compliance:** As required by the USA Patriot Act, you authorize Global to take reasonable and practical measures to verify the accuracy of the information you have provided in the application portion of this Agreement, as well as to verify your identity by, including and without limitation, securing or accessing your credit report, and/or obtaining any other information about you in order to assist in combating terrorism and preventing Global's system and the banking system from being used for money laundering or other impermissible, illegal purposes.

XX.   **PRIVACY POLICY:** Global may collect personal information from you and provide: (1) in the application portion of this Agreement; (2) in any updated information you may provide from time to time; and (3) as part of the transactions processed through your Account. A description of the Privacy Policy applicable to your Account is provided below. If you have additional questions regarding this Agreement's Privacy Policy, please contact Global's Customer Support.

a. **Collection / Use of Personal Information:** Collection of your personal information is designed to protect access to your Account and to assist in providing you with the products and services you have requested. All personal information collected and stored by Global, or on its behalf, is used for specific business purposes: (1) to protect and administer your Account and initiate your authorized transactions; (2) to assist in the design or improvement of products and services; (3) to identify additional products or services offered by Global and/or its affiliated companies that may meet your needs; and (4) to comply with state and federal banking regulations. Only approved and authorized personnel will have access to such information. To further protect your information, auditing mechanisms are in place to identify anyone who may have accessed and in any way modified your personal information.

b. **Maintenance of Accurate Information:** You may update your personal information online, at any time, by using your Password to log into Global's website or by contacting Global's Customer Support. To ensure that Global is able to protect your Account and verify your information, it is in your best interests to maintain accurate and current any records concerning your personal information.

c. **Limited Access to Personal Information:** Access to your personal information is limited to only those personnel with a business reason for accessing such information. In addition, all personnel are trained and educated about the importance of confidentiality and customer privacy. Individual user names and passwords are used by approved personnel to access your personal information, providing audit trails to further safeguard the privacy of your personal information.

d. **Third-Party Disclosure Restrictions:** All third parties with a business need to access your personal information are required to adhere to stringent privacy policies. Your personal information may be supplied to a third party in order to process a transaction you have authorized or if the disclosure is allowed or required by law, e.g., the exchange of information with reputable reporting agencies in response to a subpoena, in connection with the investigation of fraudulent activity, etc.

e. **Sharing of Information:** You authorize Global to share certain information with your debt settlement provider and any third party to the extent necessary to administer your Account in accordance with your instructions and authorization. ***You expressly acknowledge that Global does not maintain records of any documents or information associated with you debt settlement program.***

XXI.   **English Language Governs:** The terms of this Agreement and the products and services we provide are governed by the English language. As a courtesy, Global has made this Agreement available in languages other than English. If there is any difference in meaning between the English and non-English version of any of our documents, including this Agreement, the English version will apply to your Account and is available to you upon request.

XXII.   **Merger Clause:** This Agreement contains the complete and final understanding between the parties. Any prior oral statements, representations, or agreements are superseded by this Agreement.

XXIII.   **Customer Support Information:**

**Correspondence Address:**  4500 S. 129th   E. Avenue, Suite 177
                             Tulsa, OK  74134
**Telephone:**   (800) 398-7191
**Fax:**   (866) 355-8228
**Website Address:** www.globalclientsolutions.com
**Email:** customersupport@globalclientsolutions.com

Note: Global will provide you with a welcome packet subsequent to the execution of this Agreement that will contain deposit instructions applicable to those customers who choose to send in deposits.


Initials: lw

# DEDICATED ACCOUNT AGREEMENT AND APPLICATION

I hereby apply for and agree to establish a non-interest bearing dedicated account ("Account") to be administered at a bank selected by Global Client Solutions LLC ("Global") for the purpose of accumulating funds to repay my debts in connection with a debt settlement program of my own choosing (my "Program") that is managed by the organization responsible for administering the Program ("Sponsor"). I understand that Global is not a party to my Program and does not participate in the management of my Program. I understand that this Agreement is subject to a customer identification program, as required by the USA Patriot Act and other applicable laws; and accordingly, I hereby represent that the following information is true and complete to the best of my knowledge and belief. In addition, I understand that I may be required to provide a copy of a driver's license and/or other information from time to time for use in connection with the verification of my identity and the administration of the Account. **Furthermore, I understand that the Account is governed by the terms of this Agreement and that I am bound by all of its terms and conditions, including the binding arbitration provision located in paragraph XVIII on page 2 of this Agreement.**

**ACCOUNT OWNERSHIP, CONTROL AND USE:** I understand that the Account, when established in accordance with this Agreement, will be my sole and exclusive property; that only I (or authorized contact, if any) may authorize deposits to and creditor payments from my Account; and that only I may withdraw funds from and/or close my Account at any time as provided for in the Agreement. I hereby authorize (a) periodic deposits to be made to my Account pursuant to the authorization provided below and (b) periodic disbursements to be made from my Account. In this regard, I hereby authorize payment from my Account of the fees and charges provided for in this Agreement. Should I designate an authorized contact, such designation allows for confirmation of Account information and for receipt of messages regarding my Account to the designee.

**PERMISSION TO SHARE DATA:** I hereby grant permission for the bank, Global and the Sponsor to share information regarding my Account and my Program with one another and with any other party to the extent necessary to facilitate the transactions I authorize on my Account, and acknowledge that sharing information among these parties is essential to the administration of my Account. I understand that the Agreement provides additional information relating to my privacy rights.

| Applicant: Last Name (Please print clearly) | First Name | MI | Social Security # | Date of Birth (mm/dd/yy) |
|---|---|---|---|---|
| Walls | Laura | | | |
| **Authorized Contact** (optional): Last Name | First Name | MI | Social Security # | Date of Birth (mm/dd/yy) |
| | | | | |

| Mailing Address | City | State | Zip Code |
|---|---|---|---|
| 2509 Havard rd | Ocean Springs | MS | 39564 |
| **Physical Address** (if different from mailing address) | City | State | Zip Code |
| | | | |

| Home Phone No. | Email Address | Mother's Maiden Name (for future ID purposes) |
|---|---|---|
| | @gmail.com | |
| Cell Phone No. | Sponsor | Sponsor's Global Account Number (if known) |
| | | |

| Applicant's Signature | Date |
|---|---|
| Laura walls | Dec 5, 2018 |
| Laura walls (Dec 5, 2018) | |

## AUTHORIZATION TO DEBIT BANK ACCOUNT
### Applicant's Financial Institution Information

| Bank Name | Routing Number¹ | Account Number² |
|---|---|---|
| | 7976 | 208 |
| Address | City | State | Zip Code |
| | | | |

| Name (as it appears on check) |
|---|
| Laura Walls |

| Address (as it appears on check) | City | State | Zip Code |
|---|---|---|---|
| 2509 Havard rd | Ocean Springs | MS | 39564 |

| Amount of Debit | | Day of Debit | |
|---|---|---|---|
| $ 373.00 | On or after the | 28 | day of each month until further notice. |

¹ Routing Number is the 9-digit number appearing in the bottom left corner of your check.
² Account Number is to the right of the Routing Number and before the Check Number.

I hereby authorize Global to initiate debit entries to my **checking account** (or △ **savings account**) at the financial institution named above (my "Primary Bank Account"), in the amount(s) and on or after the date(s) set forth above, and to debit the same from my Primary Bank Account for the purpose of transferring funds to my Account. I represent that my Primary Bank Account exists; that I own it; and that I will maintain sufficient funds in it to permit the debits to clear on the applicable dates. I understand that I may incur a charge as set forth in the Schedule of Fees and Charges if any attempted debit is not immediately honored when presented; and that the financial institution providing my Primary Bank Account may also assess a charge if this occurs. In addition, I understand that I may subsequently designate another account for this purpose by contacting Global's Customer Support; that I may also change the corresponding amounts and dates from time to time in that manner; and that the representations I made above about my Primary Bank Account will apply to any other account that I designate.

This authorization shall remain in full force and effect until I give a written termination notice to Global that affords it a reasonable period of time to act on it. Any such notice, and any other written notice that is provided for in this Agreement, shall be sent to Global's Customer Support at the addresses set forth in the Agreement.

| Applicant's Signature Authorizing Global to Debit Applicant's Primary Bank Account | Date |
|---|---|
| Laura walls | Dec 5, 2018 |
| Laura walls (Dec 5, 2018) | |

### SCHEDULE OF FEES AND CHARGES

| | |
|---|---|
| Account Setup (one-time fee) | $9.00 |
| Monthly Service Charge | $9.85 |
| Incoming Wire Transfer | $10.00 |
| Outgoing Wire Transfer | $15.00 |
| 2nd Day Delivery | $10.00 |
| Overnight Delivery | $20.00 |
| Phone Payment | $1.50 |
| Stop Payment Order | $17.50 |

### CUSTOMER SUPPORT

Any questions or inquiries relating to your Account should be directed to Global's Customer Support. See paragraph XXIII of this Agreement for Global's correspondence address, Global's website address, and the toll-free number to Global's Customer Support. Please note that Global is not a party to your Program, and any questions relating to your Program should be addressed to your Sponsor, and not to Global.

### FOR OFFICE USE ONLY

CUSTOMER'S GLOBAL ACCOUNT NUMBER

SPONSOR'S GLOBAL ACCOUNT NUMBER

| Post Date | Description | Type | Amount | Running Balance |
|---|---|---|---:|---:|
| 12/11/2018 | Account Verification | Manual | $0.01 | $0.01 |
| 12/11/2018 | Withdrawal | Withdrawal | ($0.01) | $0.00 |
| 1/2/2019 | Draft - 12/28/18 | Deposit | $186.50 | $186.50 |
| 1/2/2019 | Account Setup (one-time fee) - 12/10/18 | Transaction Fee | ($9.00) | $177.50 |
| 1/2/2019 | Monthly Service Charge - 12/18 | Transaction Fee | ($9.85) | $167.65 |
| 1/3/2019 | GLS (optional) – Call 888-660-7427 help/questions - 12/28/18 | Customer Fee | ($1.55) | $166.10 |
| 1/3/2019 | GLS (optional) – Call 888-660-7427 help/questions - 01/01/19 | Customer Fee | ($12.00) | $154.10 |
| 1/15/2019 | Draft - 01/11/19 | Deposit | $186.50 | $340.60 |
| 1/29/2019 | Draft - 01/25/19 | Deposit | $186.50 | $527.10 |
| 2/1/2019 | Monthly Service Charge - 01/19 | Transaction Fee | ($9.85) | $517.25 |
| 2/1/2019 | GLS (optional) – Call 888-660-7427 help/questions - 02/01/19 | Customer Fee | ($12.00) | $505.25 |
| 2/12/2019 | Draft - 02/08/19 | Deposit | $186.50 | $691.75 |
| 2/26/2019 | Draft - 02/22/19 | Deposit | $186.50 | $878.25 |
| 3/1/2019 | Monthly Service Charge - 02/19 | Transaction Fee | ($9.85) | $868.40 |
| 3/4/2019 | GLS (optional) – Call 888-660-7427 help/questions - 03/01/19 | Customer Fee | ($12.00) | $856.40 |
| 3/12/2019 | Draft - 03/08/19 | Deposit | $186.50 | $1,042.90 |
| 3/26/2019 | Draft - 03/22/19 | Deposit | $186.50 | $1,229.40 |
| 4/1/2019 | Monthly Service Charge - 03/19 | Transaction Fee | ($9.85) | $1,219.55 |
| 4/2/2019 | GLS (optional) – Call 888-660-7427 help/questions - 04/01/19 | Customer Fee | ($12.00) | $1,207.55 |
| 4/9/2019 | Draft - 04/05/19 | Deposit | $186.50 | $1,394.05 |
| 4/23/2019 | Draft - 04/19/19 | Deposit | $186.50 | $1,580.55 |
| 5/1/2019 | Monthly Service Charge - 04/19 | Transaction Fee | ($9.85) | $1,570.70 |
| 5/2/2019 | GLS (optional) – Call 888-660-7427 help/questions - 05/01/19 | Customer Fee | ($12.00) | $1,558.70 |
| 5/7/2019 | Draft - 05/03/19 | Deposit | $186.50 | $1,745.20 |
| 5/21/2019 | Draft - 05/17/19 | Deposit | $186.50 | $1,931.70 |
| 6/3/2019 | Monthly Service Charge - 05/19 | Transaction Fee | ($9.85) | $1,921.85 |
| 6/3/2019 | GLS (optional) – Call 888-660-7427 help/questions - 06/01/19 | Customer Fee | ($12.00) | $1,909.85 |
| 6/4/2019 | Draft - 05/31/19 | Deposit | $186.50 | $2,096.35 |
| 6/18/2019 | Draft - 06/14/19 | Deposit | $186.50 | $2,282.85 |
| 6/24/2019 | Withdrawal | Withdrawal | ($2,282.85) | $0.00 |

EXHIBIT B



2019-10-07  03:23 PM

**FEDERAL RESERVE SYSTEM**
FedACH
Item Detail

**Item Information**

| | |
|---|---|
| Originator ABA: ▇0753 | Account Number: ▇208 |
| Receiver ABA: ▇7976 | Trans Code: 22 |
| Individual Name: Laura Walls | Amount: $2,282.85 |
| Individual ID No: ▇8182 | Description: = |
| Trace Number: ▇0340 | |

**Output Batch Information**

| | |
|---|---|
| Company Name: GCS 800-398-7191 | Batch Number: 1 |
| Service Class: 220 | Company ID: 1200781415 |
| SEC Code: CCD | Effective Entry Data: 6/25/2019 |
| Company Entry Description: Disbursmnt | Settlement Date: |

EXHIBIT C