Form na01npo

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE:** | |
|     GARY D. WALLS and LAURA C. WALLS | **CASE NO. 19−51191−KMS** |
|     DEBTORS. | **CHAPTER 7** |
| Kimberly R. Lentz, as Chapter 7 Trustee for the Bankruptcy Estate of Gary D. Walls & Laura C. Walls, Debtors | PLAINTIFF |
| VS. | ADV. PROC. NO. 19−06038−KMS |
| National Debt Relief, LLC | DEFENDANT |

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

    You are hereby notified that a Motion for Summary Judgment (Adv. Dkt. #47) and a Memorandum Brief (Adv. Dkt.# 48) were filed by National Debt Relief, LLC (the"Movant"), on November 9, 2020.

    Your attention is directed to Rule 56 of the Federal Rules of Civil Procedure and Rule 7056−1 of the Uniform Local Bankruptcy Rules.

| | |
|---|---|
| Dated: 11/9/20 | Danny L. Miller, Clerk of Court<br>U.S. Bankruptcy Court<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501<br>228−563−1790 |

<u>Parties Noticed</u>:

Jason Graeber, Esq.

Chadwick M. Welch, Esq.

Mark H. Tyson, Esq.