# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**GARY D. WALLS & LAURA C. WALLS, Debtors**          **CASE NO. 19-51191-KMS**
                                                                                              **Chapter 7**

**KIMBERLY R. LENTZ, as Chapter 7 Trustee for**
**The Bankruptcy Estate of Gary D. Walls**
**& Laura C. Walls, Debtors**                                                          **PLAINTIFF**

**V.**                                                                  Adversary Proceeding 19-06038-KMS

**NATIONAL DEBT RELIEF, LLC**                                                 **DEFENDANT**

## NOTICE OF SERVICE OF DISCOVERY

TO:   **NATIONAL DEBT RELIEF, LLC:**

Notice is hereby given that Plaintiff, Kimberly R. Lentz, Chapter 7 Trustee for the Bankruptcy Estate of Gary D. Walls & Laura C. Walls, has this date served in the above entitled action the following discovery:

1. PLAINTIFF'S FIRST SET OF INTERROGATORIES TO NATIONAL DEBT RELIEF, LLC

2. PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS NATIONAL DEBT RELIEF, LLC

This the 11th day of November 2020.

Respectfully submitted,

*/s/Jason Graeber.*
Jason Graeber Attorney for Trustee, Kimberly R. Lentz
2496 Pass Road
Biloxi, Mississippi 39531
Telephone:  (228) 207-7117
Facsimile:  (228) 207-8634
MSB No.:  101267
jason@jasongraeberlaw.com

**CERTIFICATE OF SERVICE**

I, Jason Graeber, attorney for the Trustee, do hereby certify that I electronically filed a notice of discovery with the Court via the ECF system, which provides notification of said filing to all counsel of record.

/s/Jason Graeber   .
Jason Graeber

Dated, this 11th day of November 2020.